UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LANSANA JOHN, | ) | 1:05-cv-00896-OWW-SMS-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATIONS** (Doc. 6) |
| v. | ) | |
| | ) | **ORDER DISMISSING ACTION** |
| ALBERTO GONZALEZ, et al., | ) | |
| | ) | |
| Respondents. | ) | |

Petitioner is proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

On September 21, 2005, the Magistrate Judge filed Findings and Recommendations that this action be DISMISSED based on Petitioner's failure to obey the court's order of August 8, 2005. These Findings and Recommendations were served on Petitioner and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. To date, Petitioner has not filed objections to the Findings and Recommendations.[1]

---

[1] The United States Postal Service returned the order served on Petitioner on October 3, 2005, as undeliverable. A notation on the envelope indicated: Return to Sender - Out of Custody. However, Petitioner has not notified the court of any change in address. Absent such notice, service at a party's prior address is fully effective. See Local Rule 83-182(d).

1    In accordance with the provisions of 28 U.S.C. § 636
2 (b)(1)(C), this Court has conducted a *de novo* review of the case.
3 Having carefully reviewed the entire file, the Court concludes that
4 the Magistrate Judge's Findings and Recommendations are supported
5 by the record and proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendations, filed September 21,
8 2005, are ADOPTED IN FULL; and,
9    2.   This action is DISMISSED based on Petitioner's failure to
10 obey the court's order of August 8, 2005.
11 IT IS SO ORDERED.
12 **Dated:   October 31, 2005**              **/s/ Oliver W. Wanger**
   emm0d6                                  UNITED STATES DISTRICT JUDGE